## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | |
| Plaintiff, | |
| v. | Civil Action No.:_____ |
| | Jury Trial Demanded |
| CITIZENS COMMUNICATIONS CO., FRONTIER COMMUNICATIONS OF AMERICA, INC., FRONTIER SUBSIDIARY TELCO LLC, LEAP WIRELESS INTERNATIONAL, INC., and CRICKET COMMUNICATIONS, INC. | |
| Defendants. | |

## PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S
## CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Ronald A. Katz Technology Licensing, L.P. ("Katz Technology Licensing") states that it is not a corporate entity. Further, there is no Katz Technology Licensing parent corporation nor any corporation that owns 10% or more of stock of Katz Technology Licensing.

Dated: June 8, 2007

OF COUNSEL:

    Stephen C. Neal
    *nealsc@cooley.com*
    COOLEY GODWARD KRONISH
    LLP
    Five Palo Alto Square
    3000 El Camino Real
    Palo Alto, CA  94306-2155
    Telephone:   (650) 843-5000
    Facsimile:    (650) 857-0663

    Frank V. Pietrantonio
    *fpietrantonio@cooley.com*
    Jonathan G. Graves
    *jgraves@cooley.com*
    COOLEY GODWARD KRONISH
    LLP
    One Freedom Square
    11951 Freedom Drive
    Reston, VA  20190-5656
    Telephone:   (703) 456-8000
    Facsimile:    (703) 456-8100

LANDIS RATH & COBB LLP

Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
James S. Green, Jr. (No. 4406)
919 Market Street
Suite 600
Wilmington, DE 19801
Telephone:        302-467-4400
Facsimile:        302-467-4450

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*