AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| DISTRICT | District of | DELAWARE |

Ronald A. Katz Technology Licensing, L.P.

**SUMMONS IN A CIVIL ACTION**

V.

Citizens Communications Co., et al.

CASE NUMBER:    0 7 - 3 6 8

TO: (Name and address of Defendant)

> Frontier Subsidiary Telco, LLC
> c/o The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange St.
> Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Daniel B. Rath
> LANDIS RATH & COBB LLP
> 919 Market Street, Suite 600
> P.O. Box 2087
> Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          JUN 0 8 2007

_____        _____
CLERK                                     DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6/11/07 |

| NAME OF SERVER (PRJNT) | TITLE |
|---|---|
| BARRY EVELAND | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served: _____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

☐     Returned unexecuted: _____

☒     Other (specify):  SERVED:  FRONTIER SUBSIDIARY TELCO, LLC  C/O THE CORPORATION TRUST CO.  1209 ORANGE ST.  WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/07
          Date

                     *Signature of Server*
                     BRANDYWINE PROCESS SERVERS, LTD.
                     P.O. BOX 1360
                     WILMINGTON, DE 19899-1360
                     302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.