AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT       District of       DELAWARE

Ronald A. Katz Technology Licensing, L.P.

**SUMMONS IN A CIVIL ACTION**

V.

Citizens Communications Co., et al.

CASE NUMBER: 07-368

TO: (Name and address of Defendant)

Leap Wireless International, Inc.
c/o The Prentice-Hall Corporation System
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel B. Rath
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   JUN 0 8 2007

CLERK                                             DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>6/11/07 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: LEAP WIRELESS INTERNATIONAL, INC. C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/07
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.