IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITIZENS COMMUNICATIONS CO., FRONTIER COMMUNICATIONS OF AMERICA, INC., FRONTIER SUBSIDIARY TELCO LLC, LEAP WIRELESS INTERNATIONAL, INC., and CRICKET COMMUNICATIONS, INC.<br><br>　　　　　　Defendants. | Case No. 1:07-cv-00368 (GMS)<br><br>Jury Trial Demanded |

## NOTICE OF RELATED ACTIONS

Plaintiff Ronald A. Katz Technology Licensing, L.P. hereby notifies the Court of related actions that were filed at or around the same time as the instant action. This notice is being filed to provide the Court with a comprehensive list of all related cases. Attached as Exhibit A is a list of all cases that are part of the multidistrict litigation pending in the Central District of California. Attached as Exhibit B is a list of all newly-filed actions. Plaintiff has filed a Notice of Potential Tag-along Actions with the Judicial Panel on Multidistrict Litigation with regard to the recently filed actions.

Dated: June 22, 2007

OF COUNSEL:

Stephen C. Neal
*nealsc@cooley.com*
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:       (650) 843-5000
Facsimile:       (650) 857-0663

Frank V. Pietrantonio
*fpietrantonio@cooley.com*
Jonathan G. Graves
*jgraves@cooley.com*
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:       (703) 456-8000
Facsimile:       (703) 456-8100

LANDIS RATH & COBB LLP

/s/ *signature*

Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
James S. Green, Jr. (No. 4406)
919 Market Street
Suite 600
Wilmington, DE 19801
Telephone:       302-467-4400
Facsimile:       302-467-4450

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

**EXHIBIT A**
**ACTIONS PENDING IN MULTIDISTRICT LITIGATION**
**(2:07-ml-01816-RGK-FFM)**

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. Reliant Energy, Inc., et al.*<br>Case No. 2:07-cv-02096 | Pending in Central District of California<br>Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. TD Banknorth Inc., et al*<br>Case No. 2:07-cv-02099 | Pending in Central District of California<br>Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. Ahold USA, Inc.*<br>Case No. 2:07-cv-02101 | Pending in Central District of California<br>Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable, Inc., et al*<br>Case No. 2:07-cv-02134 | Pending in Central District of California<br>Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. American International Group, Inc., et al*<br>Case No. 2:07-cv-02192 | Pending in Central District of California<br>Filed in District of Delaware |
| *CVS Corp. v. Ronald A. Katz Technology Licensing, et al*<br>Case No. 2:07-cv-03002 | Pending in Central District of California<br>Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. American Airlines, Inc., et al*<br>Case No. 2:07-cv-02196 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Aetna Inc., et al*<br>Case No. 2:07-cv-02213 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Citibank N.A., et al*<br>Case No. 2:07-cv-02220 | Pending in Central District of California<br>Filed in Eastern District of Texas |

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. Discover Financial Services Inc., et al*<br>Case No. 2:07-cv-02250 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Genesys Conferencing Inc., et al*<br>Case No. 2:07-cv-02254 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. American Electric Power Company Inc., et al*<br>Case No. 2:07-cv-02257 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Chevron Corp., et al*<br>Case No. 2:07-cv-02295 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Cox Communications, Inc., et al*<br>Case No. 2:07-cv-02299 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. DirecTV Group, Inc., et al*<br>Case No. 2:07-cv-02322 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Earthlink Inc.*<br>Case No. 2:07-cv-02325 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Tracfone Wireless Inc.*<br>Case No. 2:07-cv-02326 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Ford Motor Co.*<br>Case No. 2:07-cv-2327 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Cullen/Frost Bankers Inc.*<br>Case No. 2:07-cv-2328 | Pending in Central District of California<br>Filed in Eastern District of Texas |

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. GE Capital Corp., et al* <br> Case No. 2:07-cv-02336 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. General Motors Corp., et al* <br> Case No. 2:07-cv-02339 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Humana Inc., et al* <br> Case No. 2:07-cv-2340 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Regions Financial Corp., et al* <br> Case No. 2:07-cv-2356 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Safeco Insurance Co. of America, et al* <br> Case No. 2:07-cv-2358 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. U.S. Bancorp, et al* <br> Case No. 2:07-cv-02360 | Pending in Central District of California <br> Filed in Eastern District of Texas |

**EXHIBIT B**
**NEWLY-FILED KATZ ACTIONS**

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. Continental Airlines, Inc., et al*<br>Case No. 2:07-cv-00232-DF | Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. CMS Energy Corporation, et al*<br>Case No. 2:07-cv-12459 | Eastern District of Michigan |
| *Ronald A. Katz Technology Licensing, L.P. v. Consolidated Edison Company of New York, Inc., et al*<br>Case No. 1:07-cv-05392-RMB | Southern District of New York |
| *Ronald A. Katz Technology Licensing, L.P. v. Citizens Bank, et al*<br>Case No. 1:07-cv-00210-ML-LDA | District of Rhode Island |
| *Ronald A. Katz Technology Licensing, L.P. v. Colonial Bank, N.A., et al*<br>Case No. 6:07-cv-260 | Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. BMG Columbia House, Inc., et al*<br>Case No. 2:07-cv-237 | Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Bank of the West, et al*<br>Case No. 3:07-cv-03004-JL | Northern District of California |
| *Ronald A. Katz Technology Licensing, L.P. v. EchoStar Communications Corp, et al*<br>Case No. 4:07-cv-03151 WDB | Northern District of California |

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. Citizens Communications Co., et al* <br> Case No. 1:07-cv-00368-UNA | District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. First Hawaiian Bank, et al* <br> Case No. CIV 07-314-SPK-KSC | District of Hawaii |
| *Ronald A. Katz Technology Licensing, L.P. v. Exelon Corp., et al* <br> Case No. 1:07-cv-03235 | Northern District of Illinois |
| *Ronald A. Katz Technology Licensing, L.P. v. Cincinnati Bell, Inc., et al* <br> Case No. 1:07-cv-1706-SO | Northern District of Ohio |
| *Ronald A. Katz Technology Licensing, L.P. v. Dominion Resources, Inc., et al* <br> Case No. 2:07-cv-00263-HCM | Eastern District of Virginia |
| *Ronald A. Katz Technology Licensing, L.P. v. Ameren Corp. and Union Electric Company d/b/a AmerenUE* <br> Case No. 4:07-cv-01083 | Eastern District of Missouri |
| *Ronald A. Katz Technology Licensing, L.P. v. Comcast Corp., et al.* <br> Case No. 1:07-cv-00361 | District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. Fifth Third Bancorp, et al.* <br> Case No. 1:07-cv-00451 | Southern District of Ohio |
| *Ronald A. Katz Technology Licensing, L.P. v. New York Life Insurance Company, et al.* <br> Case No. 1:07-cv-05442 NRB | Southern District of New York |

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. OGE Energy Corp. and Oklahoma Gas and Electric Company* Case No. 5:07-cv-00650 JH | Western District of Oklahoma |
| *Ronald A. Katz Technology Licensing, L.P. v. Old National Bancorp and Old National Bank* Case No. 1:07-cv-00716 | Southern District of Indiana |
| *Ronald A. Katz Technology Licensing, L.P. v. PPL Corporation, et al.* Case No. 2:07-cv-02313 JS | Eastern District of Pennsylvania |
| *Ronald A. Katz Technology Licensing, L.P. v. Progress Energy, Inc., et al* Case No. 5:07-cv-00202 BO | Eastern District of North Carolina |
| *Ronald A. Katz Technology Licensing, L.P. v. Public Service Enterprise Group Incorporated, et al* Case No. 2:07-cv-02658 | District of New Jersey |
| *Ronald A. Katz Technology Licensing, L.P. v. Sierra Pacific Resources, et al* Case No. 2:07-cv-00737 | District of Nevada |
| *Ronald A. Katz Technology Licensing, L.P. v. The Southern Company, et al* Case No. 1:07-cv-01325-CAP | Northern District of Georgia |
| *Ronald A. Katz Technology Licensing, L.P. v. TXU Corp., et al* Case No. 2:07-cv-233 TJW | Eastern District of Texas |

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on this 22nd day of June 2007, a true and correct copy of the foregoing Notice of Related Actions was caused to be served on the following via U.S. First Class Mail, postage paid:

Citizens Communications Co.
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Cricket Communications, Inc.
c/o Registered Agent
The Prentice-Hall Corporation System
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Frontier Communications of America, Inc.
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Frontier Subsidiary Telco, LLC
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Leap Wireless International, Inc.
c/o Registered Agent
The Prentice-Hall Corporation System
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Rebecca L. Butcher, Esquire (#3816)

607.001-17067.DOC