IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS COMMUNICATIONS CO., FRONTIER COMMUNICATIONS OF AMERICA, INC., FRONTIER SUBSIDIARY TELCO LLC, LEAP WIRELESS INTERNATIONAL, INC., and CRICKET COMMUNICATIONS, INC., <br><br> Defendants. | C.A. No. 07-368 (GMS) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, the time for Defendants Citizens Communications Co., Frontier Communications of America, Inc., Frontier Subsidiary Telco LLC (collectively "Citizens Communications") to answer or otherwise move with respect to the Complaint served upon them on June 11, 2007, is currently set to expire on July 2, 2007;

WHEREAS, Citizens Communications and Plaintiff have agreed to extend the time for Citizens Communications to answer or otherwise move with respect to the Complaint for twenty-five (25) days to allow Citizens Communications the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS, Citizens Communications stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process; and

WHEREAS Citizens Communications and Plaintiff agree that Citizens Communications does not waive any other claim or defense which it may assert in this proceeding;

IT IS HEREBY STIPULATED by Plaintiff and Citizens Communications, subject to the approval of the Court, that Citizens may have until July 27, 2007, to answer, move or otherwise plead in response to the Complaint.

LANDIS RATH & COBB LLP

By: /s/ 
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
James S. Green, Jr. (No. 4406)
919 Market Street
Suite 600
Wilmington, DE 19801
(302) 467-4400
E-mail: butcher@lrclaw.com

POTTER ANDERSON & CORROON LLP

By: /s/
Philip A. Rovner (No. 3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000
E-mail: provner@potteranderson.com

Dated: June ___, 2007

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Stephen C. Neal<br>COOLEY GODWARD KRONISH LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>(650) 843-5000 | Samuel J. Najim<br>JONES DAY<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309-3053<br>(404) 521-3939 |
| Frank Pietrantonio<br>Jonathan Graves<br>COOLEY GODWARD KRONISH LLP<br>One Freedom Square<br>11951 Freedom Drive<br>Reston, VA 20190-5656<br>(703) 456-8000 | Attorneys for Defendants CITIZENS<br>COMMUNICATIONS CO., FRONTIER<br>COMMUNICATIONS OF AMERICA, INC.,<br>FRONTIER SUBSIDIARY TELCO LLC |
| Attorneys for Plaintiff RONALD A. KATZ<br>TECHNOLOGY LICENSING, L.P. | |

SO ORDERED this ____ day of _____, 2007

_____
United States District Judge