IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS COMMUNICATIONS CO., FRONTIER COMMUNICATIONS OF AMERICA, INC., FRONTIER SUBSIDIARY TELCO LLC, LEAP WIRELESS INTERNATIONAL, INC., and CRICKET COMMUNICATIONS, INC.<br><br>Defendants. | Case No. 1:07-cv-00368 (GMS)<br><br>Jury Trial Demanded |

**STIPULATION OF EXTENSION OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by the undersigned counsel to the parties, subject to the Court's approval, that defendants Leap Wireless International, Inc.'s and Cricket Communications, Inc.'s ("Defendants") time to answer, move or otherwise respond to the Complaint, filed in the above-captioned matter on June 8, 2007, is extended an additional thirty (30) days until August 1, 2007.

Defendants have not yet retained Delaware counsel, and the parties have agreed to allow the Defendants appropriate time to prepare responsive papers.

Dated: June 29, 2007

607001-17125 (2)

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC.<br><br>*[signature]*<br>Virginia D. Estes, Esquire<br>10307 Pacific Center Court<br>San Diego, CA 92121<br>(858) 882-6298<br>*Senior Legal Counsel for Defendant Cricket Communications, Inc.*<br><br>LEAP WIRELESS INTERNATIONAL, INC.<br><br>*[signature]*<br>Virginia D. Estes, Esquire<br>10307 Pacific Center Court<br>San Diego, CA 92121<br>(858) 882-6298<br>*Senior Legal Counsel for Defendant Leap Wireless International, Inc.* | LANDIS RATH & COBB LLP<br><br>*[signature]*<br>Daniel B. Rath, Esquire (#3022)<br>Rebecca L. Butcher, Esquire (#3816)<br>James S. Green, Jr. (# 4406)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>(302) 467-4400<br>*Counsel for Plaintiff Ronald A. Katz Technology Licensing, L.P.* |

IT IS SO ORDERED THIS _____ day of _____, 2007

_____
The Honorable Gregory M. Sleet