IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS COMMUNICATIONS CO., FRONTIER COMMUNICATIONS OF AMERICA, INC., FRONTIER SUBSIDIARY TELCO LLC, LEAP WIRELESS INTERNATIONAL, INC., and CRICKET COMMUNICATIONS, INC., <br><br> Defendants. | C.A. No. 07-368 (GMS) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, the time for Defendants Citizens Communications Co., Frontier Communications of America, Inc., Frontier Subsidiary Telco LLC (collectively "Citizens Communications") to answer or otherwise move with respect to the Complaint served upon them on June 11, 2007 was previously extended from July 2, 2007 to July 27, 2007 and is currently set to expire on July 27, 2007; and

WHEREAS, the above captioned case has been transferred by the Multidistrict Litigation Panel to the United States District Court for the Central District of California, and Citizens Communications and Plaintiff have agreed to extend the time for Citizens Communications to answer or otherwise move with respect to the Complaint for fourteen (14) days; and

WHEREAS, Citizens Communications stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process; and

WHEREAS Citizens Communications and Plaintiff agree that Citizens Communications does not waive any other claim or defense which it may assert in this proceeding;

IT IS HEREBY STIPULATED by Plaintiff and Citizens Communications, subject to the approval of the Court, that Citizens may have to and through August 10, 2007, to answer, move or otherwise plead in response to the Complaint.

| | |
|---|---|
| LANDIS RATH & COBB LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Rebecca L. Butcher | /s/ Philip A. Rovner |
| Daniel B. Rath (No. 3022)<br>Rebecca L. Butcher (No. 3816)<br>James L. Green, Jr. (No. 4406)<br>919 Market Street<br>Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: butcher@lrclaw.com | Philip A. Rovner (No. 3215)<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>E-mail: provner@potteranderson.com |

Dated: July 24, 2007

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Stephen C. Neal<br>COOLEY GODWARD KRONISH LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 | Samuel J. Najim<br>JONES DAY<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309-3053<br>Telephone: (404) 521-3939<br>Facsimile: (404) 581-8330 |
| Frank Pietrantonio<br>Jonathan Graves<br>COOLEY GODWARD KRONISH LLP<br>One Freedom Square<br>11951 Freedom Drive<br>Reston, VA 20190-5656<br>Tel: (703) 456-8000<br>Fax: (703) 456-8100 | Attorneys for Defendants CITIZENS COMMUNICATIONS CO., FRONTIER COMMUNICATIONS OF AMERICA, INC., FRONTIER SUBSIDIARY TELCO LLC |
| Attorneys for Plaintiff RONALD A. KATZ TECHNOLOGY LICENSING, L.P. | |

SO ORDERED this ____ day of _____, 2007

_____
United States District Judge

808770