IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLGOY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-368-GMS |
| CITIZENS COMMUNICATIONS CO., FRONTIER COMMUNICATIONS OF AMERICA, INC., FRONTIER SUBSIDIARY TELCO LLC, LEAP WIRELESS INTERNATIONAL, INC., AND CRICKET COMMUNICATIONS, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**
**(Fed. R. Civ. P. 7.1)**

Pursuant to Federal Rule of Civil Procedure 7.1 Defendants Leap Wireless International, Inc. and Cricket Communications, Inc. provide the following Corporate Disclosure Statement:

1. **Identity of Defendants' parent corporations:** Leap Wireless International, Inc. is the parent of Cricket Communications, Inc. Leap Wireless International, Inc. has no parent corporation.

2. **List of publicly-held companies owning 10% or more of Defendants' stock:** Leap Wireless International, Inc. is a publicly-held company that owns 100% of the stock of Cricket Communications, Inc. No publicly-held company owns 10% or more of the stock of Leap Wireless International, Inc.

*Of Counsel:*

Rachel Krevans
Jason A. Crotty
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Charles S. Barquist
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Michael W. Vella
M. Andrew Woodmansee
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Dated: August 1, 2007

182798.1

ASHBY & GEDDES

*Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants Leap Wireless International, Inc., and Cricket Communications, Inc.*