IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS COMMUNICATIONS CO., FRONTIER COMMUNICATIONS OF AMERICA, INC., FRONTIER SUBSIDIARY TELCO LLC, LEAP WIRELESS INTERNATIONAL, INC. and CRICKET COMMUNICATIONS, INC., <br><br> Defendants. | C.A. No. 07-368 (GMS) |

**RULE 7.1 STATEMENT OF DEFENDANTS CITIZENS COMMUNICATIONS CO., FRONTIER AMERICA, INC. AND FRONTIER SUBSIDIARY TELCO LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Citizens Communications Co.; Frontier Communications of America, Inc.; and Frontier Subsidiary Telco LLC hereby make the following disclosures. Defendant Citizens Communications Co. has no parent corporation and no publicly traded corporation owns 10% or more of its stock. Defendants Frontier Communications of America, Inc. and Frontier Subsidiary Telco LLC are wholly-owned direct or indirect subsidiaries of Citizens Communications Co., and no other publicly traded corporation owns 10% or more of their stock.

| | |
|---|---|
| OF COUNSEL:<br><br>Samuel J. Najim<br>JONES DAY<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309-3053<br>(404) 521-3939<br><br>Dated: August 10, 2007<br><br>811936 | POTTER ANDERSON & CORROON LLP<br><br>By: _/s/ Philip A. Rovner_<br>Philip A. Rovner (No. 3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>Counsel for Defendants<br>CITIZENS COMMUNICATIONS CO.,<br>FRONTIER COMMUNICATIONS OF<br>AMERICA, INC., AND FRONTIER<br>SUBSIDIARY TELCO LLC |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 10, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Rebecca L. Butcher, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
butcher@lrclaw.com

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com