OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 14, 2007

United States District Court
  for the Central District of CA, Western Division
312 North Spring St., Room G-8
Los Angeles, CA 90012

    RE:   In Re Katz Interactive Call Processing Patent Litigation MDL 1816
           California District Court No. CV07-5061 RGK (FFMx)
           Delaware District Court No. CV 07-368 GMS

Dear Sir or Madam:

Pursuant to the MDL Judicial Panel Order transferring the above captioned case to your Court, enclosed please find the following item:

( X )   Certified copy of the docket sheet

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above item on the attached copy of this letter.

                            Sincerely,

                            Peter T. Dalleo, Clerk of Court

                            By: _____
                                  Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**