OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 14, 2007

United States District Court
 for the Central District of CA, Western Division
312 North Spring St., Room G-8
Los Angeles, CA 90012

    RE:   In Re Katz Interactive Call Processing Patent Litigation MDL 1816
            California District Court No. CV07-5061 RGK (FFMx)
            Delaware District Court No. CV 07-368 GMS

Dear Sir or Madam:

    Pursuant to the MDL Judicial Panel Order transferring the above captioned case to your Court, enclosed please find the following item:

    ( X )   Certified copy of the docket sheet

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above item on the attached copy of this letter.

                                          Sincerely,

                                          Peter T. Dalleo, Clerk of Court

                                          By: _____
                                                Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** 9/20/07 .

_____
**Signature**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012-4797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. District Court
844 King Street
Wilmington, Delaware 1801

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 SEP 24 PM 3:05